RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
ALEXANDRIA, LOUISIANA
DATE   6/19/08
BY _____

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 06-10014/01 |
| -vs- | JUDGE DRELL |
| THERON D. JOHNSON | MAGISTRATE JUDGE KIRK |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law, we first note a typographical error on page 2 making reference to facts in a state court record. Obviously, that is an error, because this is an entirely federal case. Nonetheless, it is an inconsequential error and does not affect the outcome. Accordingly,

IT IS ORDERED that Johnson's Section 2255 motion to vacate, set aside, or correct sentence is DENIED AND DISMISSED WITH PREJUDICE.

SIGNED on this 18th day of June, 2008, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE